(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>Southern District of California | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spencer, Richard R.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fdba Randall Marketing; fdba Randall International; fdba Randall Premium; fdba Randall Companies** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**12052 Caminito Corriente**<br>**San Diego, CA 92126** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **San Diego** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 501208**<br>**San Diego, CA 92150** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)  ☐ Railroad<br>☐ Corporation  ☐ Stockbroker<br>☐ Partnership  ☐ Commodity Broker<br>☐ Other_____ | ■ Chapter 7  ☐ Chapter 11  ☐ Chapter 13<br>☐ Chapter 9  ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business  ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br> 11 U.S.C. § 1121(e) (Optional) | Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.<br>**\*\*\* DAVID E. BRITTON # 75926 \*\*\*** |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Spencer, Richard R.**

**FORM B1**, Page 2

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Vessel Manufacturing, Inc.** | Case Number: **03-01819-H7** | Date Filed: **2/27/03** |
|---|---|---|
| District: **Southern District of California** | Relationship: **Corporation** | Judge: **John Hargrove** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard R. Spencer**
Signature of Debtor **Richard R. Spencer**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 4, 2003**
Date

**Signature of Attorney**

X **/s/ DAVID E. BRITTON**
Signature of Attorney for Debtor(s)

**DAVID E. BRITTON # 75926**
Printed Name of Attorney for Debtor(s)

**Lockhart & Britton**
Firm Name

**7777 Alvarado Road
Suite 422
La Mesa, CA 91941**
Address

**619-698-6800**
Telephone Number

**March 4, 2003**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **/s/ DAVID E. BRITTON**     **March 4, 2003**
Signature of Attorney for Debtor(s)     Date
**DAVID E. BRITTON**

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

## Southern District of California

In re    **Richard R. Spencer**

_____,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 450,000.00 | | |
| B - Personal Property | Yes | 4 | 36,620.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 416,992.59 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 26,600.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 612,171.73 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,567.00 |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| | Total Assets | | 486,620.00 | | |
| | Total Liabilities | | | 1,055,764.32 | |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                  Best Case Bankruptcy

In re    **Richard R. Spencer**                                          Case No. _____
                                      ,
                          Debtor

# SCHEDULE A. REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **12052 Caminito Corriente San Diego, CA 92128** | **Husband and Wife, joint tenancy** | **-** | **450,000.00** | **393,974.10** |

| | | |
|---|---|---|
| Sub-Total > | **450,000.00** | (Total of this page) |
| Total > | **450,000.00** | |

<u>  **0**  </u> continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Richard R. Spencer**                                             ,    Case No. _____
                                            Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo checking account** | - | 100.00 |
| | | **Washington Mutual savings account** | - | 80.00 |
| | | **Union Bank checking account** | - | 10.00 |
| | | **Rancho Bernardo Bank acct.** | - | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Usual and Customary** | - | 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Usual and Customary** | - | 2,500.00 |
| 6. Wearing apparel. | | **Usual and Customary** | - | 250.00 |
| 7. Furs and jewelry. | | **Usual and Customary** | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Usual and Customary** | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **CGU Life Insurance policy** | - | 70.00 |

|  | Sub-Total > | **9,360.00** |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Richard R. Spencer**                                                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **Debtor's Sun America Trust Roth IRA** | - | **2,000.00** |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **1,000,000 shares Vessel Manufacturing, Inc.** | - | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **believed non-collectible (collection possible with litigation)** | - | **2,500.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **4,500.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **Richard R. Spencer**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent** | - | **500.00** |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 Oldsmobile Silhouette (36,000 miles) FMV per wholesale Kelley Blue Book; Property is Insured** | - | **15,210.00** |
| | | **1997 Buick Century (48,000 miles) FMV per wholesale Kelley Blue Book; Property is Insured (Debtor is sole property of non-filing spouse per Pre-Nuption Agreement.  Value is $6,550.00 less encumbrance of $** | - | **6,550.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Usual and Customary** | - | **500.00** |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

                                                                Sub-Total >          **22,760.00**
                                                            (Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Richard R. Spencer**                                                    ,         Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32.   Farm supplies, chemicals, and feed. | **X** | | | |
| 33.   Other personal property of any kind not already listed. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **36,620.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re  **Richard R. Spencer**
_____ ,    Case No. _____
                            Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property**<br>**12052 Caminito Corriente**<br>**San Diego, CA 92128** | **C.C.P. §§ 704.730(a)(2), 704.720** | **56,025.90** | **450,000.00** |
| **Household Goods and Furnishings**<br>**Usual and Customary** | **C.C.P. § 704.020(a)(1)** | **5,000.00** | **5,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles**<br>**Usual and Customary** | **C.C.P. § 704.020(a)(1)** | **2,500.00** | **2,500.00** |
| **Wearing Apparel**<br>**Usual and Customary** | **C.C.P. § 704.020(a)(1)** | **250.00** | **250.00** |
| **Furs and Jewelry**<br>**Usual and Customary** | **C.C.P. § 704.040** | **1,000.00** | **1,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>**Usual and Customary** | **C.C.P. § 704.020(a)(1)** | **100.00** | **100.00** |
| **Interests in Insurance Policies**<br>**CGU Life Insurance policy** | **C.C.P. § 704.100(b)** | **70.00** | **70.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans**<br>**Debtor's Sun America Trust Roth IRA** | **C.C.P. § 704.115(b)** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>**2000 Oldsmobile Silhouette (36,000 miles)**<br>**FMV per wholesale Kelley Blue Book; Property is Insured** | **C.C.P. § 704.010** | **0.00** | **15,210.00** |
| **Office Equipment, Furnishings and Supplies**<br>**Usual and Customary** | **C.C.P. § 704.060(a)(1)** | **500.00** | **500.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **Richard R. Spencer**                                                                    Case No. _____
_____,
                                            Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | 1997 | | | | | |
| **American Business Leasing** **111 Presidential Blvd.** **Bala Cynwyd, PA 19004** | | - | | **Equipment lease** **printing equipment, conveyor, photography equipment** | X | | | | |
| | | | | Value $              4,000.00 | | | | 2,000.00 | 0.00 |
| Account No. | | | | 1999 | | | | | |
| **Bank One** **PO Box 466** **Butler, WI 53007** | X | - | | **Second Trust Deed** **12052 Caminito Corriente** **San Diego, CA 92128** | | | | | |
| | | | | Value $            450,000.00 | | | | 70,000.00 | 0.00 |
| Account No. | | | | 2002 | | | | | |
| **Elite Management** **11717 Bernardo Plaza Ct. #110** **San Diego, CA 92128** | | - | | **Homeowners Association fees** **12052 Caminito Corriente** **San Diego, CA 92128** | | | | | |
| | | | | Value $            450,000.00 | | | | 974.10 | 0.00 |
| Account No. | | | | | | | | | |
| **Representing:** **Elite Management** | | | | **Elite Management** **38760 Sky Canyon Dr. #C** **Murrieta, CA 92563** | | | | | |
| | | | | Value $ | | | | | |

_**1**_  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| | 72,974.10 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re  **Richard R. Spencer**
_____ ,    Case No. _____

                                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1999 | | | | | |
| First Franklin PO Box 1838 Pittsburgh, PA 15230 | X | - | First Trust Deed 12052 Caminito Corriente San Diego, CA 92128 | | | | | |
| | | | Value $ 450,000.00 | | | | 311,000.00 | 0.00 |
| Account No. | | | 2000 | | | | | |
| GMAC PO Box 12699 Glendale, AZ 85318 | | - | Vehicle loan 2000 Oldsmobile Silhouette (36,000 miles) FMV per wholesale Kelley Blue Book; Property is Insured | | | | | |
| | | | Value $ 15,210.00 | | | | 19,018.49 | 3,808.49 |
| Account No. | | | 2000-01 | | | | | |
| S.D. County Tax Collector 1600 Pacific Highway San Diego, CA 92101 | X | - | Property tax lien 12052 Caminito Corriente San Diego, CA 92128 | | | | | |
| | | | Value $ 450,000.00 | | | | 12,000.00 | 0.00 |
| Account No. | | | 1997 | | | | | |
| Wells Fargo Leasing PO Box 6167 Carol Stream, IL 60197 | | - | Equipment lease printing equipment, conveyor, photography equipment | | | X | | |
| | | | Value $ 4,000.00 | | | | 2,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  __1__  of  __1__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | |
|---|---|
| Subtotal (Total of this page) | 344,018.49 |
| Total (Report on Summary of Schedules) | 416,992.59 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Richard R. Spencer**                                      Case No. _____

_____ ,

                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** _____ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Richard R. Spencer** _____,     Case No. _____
                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service** <br>**880 Front Street Attn: SPB IU2** <br>**San Diego, CA 92101-8869** | - | | **2002** <br><br>**Non-dischargeable Federal 941 Employer Taxes** | X | | | **10,000.00** | **10,000.00** |
| Account No. <br><br>**Internal Revenue Service** <br>**880 Front Street Attn: SPB IU2** <br>**San Diego, CA 92101-8869** | - | | **2000-01** <br><br>**Non-dischargeable Federal Income Taxes** <br>**2000 - $6,600** <br>**2001 - $10,000 estimated** | X | | | **16,600.00** | **16,600.00** |
| Account No. <br><br>**Representing:** <br>**Internal Revenue Service** | | | **IRS** <br>**Insolvency Unit** <br>**PO Box C-13** <br>**Laguna Niguel, CA 92677** | | | | | |
| Account No. <br><br>**Representing:** <br>**Internal Revenue Service** | | | **Trial Attorney, Tax Division** <br>**U.S. Department of Justice** <br>**PO Box 683** <br>**Washington, DC 20044** | | | | | |
| Account No. <br><br>**Representing:** <br>**Internal Revenue Service** | | | **U.S. Attorney** <br>**940 Front Street Rm 5n19** <br>**San Diego, CA 92189** | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | **26,600.00** |
|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **26,600.00** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer**                                                                    Case No. _____
                                            _____,
                                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **2002** **Business debt** | | | | |
| **A La Carte Line** **5610 W. Bloomingdale** **Chicago, IL 60639** | | - | | | | | X | | |
| | | | | | | | | | **425.59** |
| Account No. | | | | | **2002** **Business debt** | | | | |
| **A&A Contract Customs Brokers** **120 176th Street #101** **Surry, BC  V35-95Z** | | - | | | | | X | | |
| | | | | | | | | | **46.44** |
| Account No. | | | | | **2002** **Business debt** | | | | |
| **AAA Glass** **2800 E. 12th Street** **Los Angeles, CA 90023** | | - | | | | | X | | |
| | | | | | | | | | **330.60** |
| Account No. | | | | | **2002** **Business debt** | | | | |
| **AAA Propane** **621 Maulhardt Avenue** **Oxnard, CA 93030** | | - | | | | | X | | |
| | | | | | | | | | **17.00** |

**__31__** continuation sheets attached

Subtotal
(Total of this page)                **819.63**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    S/N:26113-021205    Best Case Bankruptcy

In re   **Richard R. Spencer**                                          ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aakron Rule**<br>**PO Box 418**<br>**Akron, NY 14001-0418** | - | | **2002**<br>**Miscellaneous** | X | | | 87.48 |
| Account No.<br><br>**Advanta Bank**<br>**PO Box 8088**<br>**Philadelphia, PA 19101** | - | | **2001-02**<br>**Business debt** | X | | | 12,207.04 |
| Account No.<br><br>**Representing:**<br>**Advanta Bank** | | | **The Bureaus, Inc.**<br>**35353 Eagle Way**<br>**Chicago, IL 60678** | | | | |
| Account No.<br><br>**Advertising Specialty Inst.**<br>**4800 Street Road**<br>**Feasterville Trevose, PA 19053** | - | | **2002**<br>**Business debt** | X | | | 906.75 |
| Account No.<br><br>**Aetna U.S. Healthcare**<br>**PO Box 21307**<br>**Pasadena, CA 91185** | - | | **2002**<br>**insurance premium** | | | | 1,756.40 |

Sheet no. __1__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,957.67**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re   **Richard R. Spencer**                                                    ,   Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Affordable Telephone Systems** <br> **2747 Sherwin Avenue #4** <br> **Ventura, CA 93003** | - | | **2002** <br> **Business debt** | X | | | 939.85 |
| Account No. <br><br> **Airborne Express** <br> **PO Box 91001** <br> **Seattle, WA 98111** | - | | **2001** <br> **Business debt** | X | | | 23.92 |
| Account No. **American Greenwood acct.** <br><br> **American Credit Systems, Inc.** <br> **400 West Lake street #111** <br> **Po Box 72849** <br> **Roselle, IL 60172** | - | | **2001-02** <br> **Business debt** | X | | | 1,069.31 |
| Account No. <br><br> **American Express** <br> **PO Box 0001** <br> **Los Angeles, CA 90096** | - | | **1999-01** <br> **Business debt** | X | | | 16,636.68 |
| Account No. <br><br> **Representing:** <br> **American Express** | | | **Dun & Bradstreet** <br> **PO Box 318034** <br> **Independence, OH 44131** | | | | |

Sheet no. __2__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **18,669.76**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re  **Richard R. Spencer**

_____,      Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**American Express** | | | | | **NCO Financial**<br>**PO Box 8180**<br>**Philadelphia, PA 19101** | | | | |
| Account No.<br><br>**American Express  Bus. Leasing**<br>**900 Lanidex Plaza**<br>**Parsippany, NJ 07054** | - | | | | **2001-02**<br>**Business debt** | | X | | 2,702.78 |
| Account No.<br><br>**American Express Business Fin.**<br>**PO Box 29997**<br>**New York, NY 10087** | - | | | | **2001-02**<br>**Business debt** | | X | | 653.97 |
| Account No.<br><br>**Representing:**<br>**American Express Business Fin.** | | | | | **American Express Business Fin.**<br>**900 Lanidex Plaza**<br>**Parsippany, NJ 07054** | | | | |
| Account No.<br><br>**American Express Collections**<br>**300 S. Riverside Plaza**<br>**Chicago, IL 60606** | - | | | | **2001-02**<br>**Business debt** | | X | | 3,986.81 |

| | | |
|---|---|---|
| Sheet no. __**3**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 7,343.56 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Richard R. Spencer**                                    ,       Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express Optima<br>Suite 0002<br>Chicago, IL 60679-0001** | - | | **2001-02<br>Credit card debt** | X | | | 1,560.31 |
| Account No.<br><br>**Amerigraph LLC<br>4030 Sorrento Valley Blvd.<br>San Diego, CA 92121** | - | | **2002<br>Business debt** | | | | 73.18 |
| Account No.<br><br>**AOL<br>PO Box 29593<br>New York, NY 10107** | - | | **2002<br>Business debt** | | | | 47.80 |
| Account No.<br><br>**Arrowhead Water<br>PO Box 52237<br>Phoenix, AZ 85072** | - | | **2001-02<br>Business debt** | | | | 211.08 |
| Account No.<br><br>**ASI<br>4800 Street Road<br>Feasterville Trevose, PA 19053** | - | | **2001-02<br>Business debt** | X | | | 2,259.92 |

Sheet no. __4__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,152.29

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Richard R. Spencer**                                      ,        Case No. _____

_____Debtor_____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**Associates Preferred Value**<br>**PO Box 6533**<br>**The Lakes, NV 88901** | - | | **2001-02**<br>**Business debt** | X | | | 10,245.28 |
| Account No.  <br><br>**AT&T Universal**<br>**PO Box 6908**<br>**The Lakes, NV 88901** | - | | **2001-02**<br>**Credit card debt** | | | | 2,879.50 |
| Account No.  <br><br>**Awards, Inc.**<br>**PO Box 2200**<br>**Rogers, AR 72757** | | | **2002**<br>**Business debt** | | | | 660.01 |
| Account No.  <br><br>**Bank of America**<br>**PO Box 53132**<br>**Phoenix, AZ 85072** | - | | **2000-02**<br>**Credit card debt** | | | | 7,157.50 |
| Account No.  <br><br>**Bank of America**<br>**PO Box 2283**<br>**Brea, CA 92822** | - | | **1999**<br>**Deficiency on auto loan** | | | | 2,842.08 |

Sheet no.  __5__  of  __31__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        23,784.37

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer**                                              ,    Case No. _____

_____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2002 | | | | |
| **Bank of America Loans** **Loan Adjustment Dept 4327** **45 South Hudson** **Pasadena, CA 91109** | - | | business lease | | X | | 0.00 |
| Account No. | | | 1997-02 | | | | |
| **Bank One** **PO Box 9001557** **Louisville, KY 40290** | - | | Line of credit | | X | | 20,536.79 |
| Account No. | | | 2002 | | | | |
| **Beinke Wolff** **9683 Tierra Grande #101** **San Diego, CA 92126** | - | | Business debt | | | | 8,870.00 |
| Account No. | | | 2002 | | | | |
| **Benner China** **5329 Powers Avenue** **Jacksonville, FL 32207** | - | | Business debt | | | | 4.00 |
| Account No. | | | 2000-01 | | | | |
| **Benz Engineering** **PO Box 729** **Montebello, CA 90640** | - | | Business debt | | X | | 117.64 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    29,528.43

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer**                                        ,    Case No. _____
_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Best Yet Express**<br>**1718 West 139th Street**<br>**Gardena, CA 90249** | - | | **2000-01**<br>**Business debt** | X | | | 400.00 |
| Account No.<br><br>**Betras Plastics**<br>**PO Box 65370**<br>**Charlotte, NC 28265** | - | | **2002**<br>**Business debt** | | | | 876.45 |
| Account No.<br><br>**Bullet Line**<br>**PO Box 69-4487**<br>**Miami, FL 33269** | - | | **2002**<br>**Business debt** | | | | 686.14 |
| Account No. **Carpinteria Warehouse acct.**<br><br>**Caldwell Trust**<br>**c/o Reetz Fox & Bartlett**<br>**116 East Sola Street**<br>**Santa Barbara, CA 93101** | - | | **2002**<br>**Lawsuit/Judgment** | X | | | 33,995.00 |
| Account No.<br><br>Representing:<br>Caldwell Trust | | | **Credit Bureau of San Luis**<br>**Obisbo & Santa Barbara County**<br>**1666 Ramona Avenue**<br>**Grover Beach, CA 93483** | | | | |

Sheet no. __**7**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         | 35,957.59

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Richard R. Spencer**                                 ,       Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Capital One**<br>**PO Box 85617**<br>**Richmond, VA 23276** | - | | **2001-02**<br>**Credit card debt** | | X | | 2,139.60 |
| Account No.<br><br>**Chase National Bank**<br>**300 South Grand Avenue**<br>**Los Angeles, CA 90071** | - | | **2001-02**<br>**Business debt** | | X | | 2,650.15 |
| Account No.<br><br>**Cingular Wireless**<br>**PO Box 10401**<br>**Van Nuys, CA 91410** | - | | **2002**<br>**Telephone/Cell phone charges** | | | | 764.99 |
| Account No.<br><br>**Citibank**<br>**PO Box 6401**<br>**The Lakes, NV 89163** | - | | **2000-02**<br>**Credit card debt** | | X | | 8,170.66 |
| Account No.<br><br>**Citibank**<br>**PO Box 15109**<br>**Wilmington, DE 19850** | - | | **2000-02**<br>**Credit card debt** | | X | | 9,282.93 |

Husband, Wife, Joint, or Community

Sheet no. __8__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     23,008.33

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re  **Richard R. Spencer** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Representing:<br>Citibank | | | | | Academy Collections<br>10965 Decatur Road<br>Philadelphia, PA 19154 | | | | |
| Account No.<br><br>Citibank<br>PO Box 6417<br>The Lakes, NV 88901 | | - | | | 2000-02<br>Credit card debt | X | | | 5,059.73 |
| Account No.<br><br>Representing:<br>Citibank | | | | | GC Services<br>6330 Gulfton<br>Houston, TX 77081 | | | | |
| Account No.<br><br>Citibank<br>PO Box 45165<br>Jacksonville, FL 32232 | | - | | | 2000-02<br>Credit card debt | X | | | 2,879.50 |
| Account No.<br><br>City of San Diego<br>PO Box 121536<br>San Diego, CA 92112 | | - | | | 2002<br>Business debt | X | | | 44.00 |

Sheet no. __9__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 7,983.23 |
|---|---|---|

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Magnet LLC acct.** | | | 2001 | | | | |
| **CMCS**<br>**66 Boone Hill Drive**<br>**Saint Peters, MO 63376** | - | | **Business debt** | X | | | |
| | | | | | | | 619.31 |
| Account No. **Numo Manufacturing, Inc. acct.** | | | 2001-02 | | | | |
| **CMI**<br>**PO Box 456**<br>**Upper Darby, PA 19082** | - | | **Business debt** | X | | | |
| | | | | | | | 2,260.91 |
| Account No. **Pitney Bowes acct.** | | | 2000-01 | | | | |
| **Credit Management**<br>**PO Box 410**<br>**Westbrook, CT 06498** | - | | **Business debt** | X | | | |
| | | | | | | | 112.94 |
| Account No. **Mark Trading acct.** | | | 2002 | | | | |
| **CST Company, Inc.**<br>**PO Box 33127**<br>**Louisville, KY 40232** | - | | **Business debt** | X | | | |
| | | | | | | | 1,722.84 |
| Account No. **Bomatic, Inc. acct.** | | | 2000 | | | | |
| **Davis & Goldmark**<br>**PO Box 3690**<br>**Mission Viejo, CA 92690** | - | | **Business debt** | X | | | |
| | | | | | | | 9,893.68 |

Sheet no. __**10**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          14,609.68

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re  **Richard R. Spencer**                                                    ,        Case No. _____
                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Diamond Poly 3115 East 11th Street Los Angeles, CA 90023 | - | | 2001-02 Business debt | | | | 4,799.14 |
| Account No.  Diners Club International PO Box 6003 The Lakes, NV 88901 | - | | 2002 Business debt | X | | | 2,918.74 |
| Account No.  Representing: Diners Club International | | | National Financial System PO Box 9013 Syosset, NY 11791 | | | | |
| Account No.  Direct Merchant Bank PO Box 21550 Tulsa, OK 74121 | - | | 2001-02 Business debt | X | | | 10,575.76 |
| Account No.  Dri-Mark 15 Harbor Park Dr. Port Washington, NY 11050 | - | | 2002 Business debt | | | | 16.85 |

Sheet no. __11__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      18,310.49

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Richard R. Spencer**                                        ,                Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **E.J. Harrison** <br> **PO Box 4009** <br> **Ventura, CA 93007** | - | | **2002** <br> **Business debt** | | X | | 24.62 |
| Account No. <br><br> **Eco Imaging** <br> **4865 Convoy Street** <br> **San Diego, CA 92111** | - | | **2002** <br> **Business debt** | | | | 59.21 |
| Account No. <br><br> **Employment Development Dept.** <br> **PO Box 826846** <br> **Sacramento, CA 94246-0001** | - | | **2002** <br> **Business debt** | | X | | 627.31 |
| Account No. **Monogram Credit for Home Depot** <br><br> **Encore Receivable Management** <br> **PO Box 3330** <br> **Olathe, KS 66063** | - | | **2000-02** <br> **Business debt** | | X | | 1,962.35 |
| Account No. <br><br> **Evans Manufacturing** <br> **PO Box 5669** <br> **Garden Grove, CA 92846** | - | | **2002** <br> **Business debt** | | X | | 232.55 |
| Sheet no. __12__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal <br> (Total of this page) | | 2,906.04 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Express A Button**<br>**Route 1 Box 108A-1**<br>**Dakota, MN 55925** | - | | **2002**<br>**Business debt** | | | | 18.74 |
| Account No. **California Choice acct.**<br><br>**FAB**<br>**5105 E. Los Angeles Avenue #20**<br>**Simi Valley, CA 93063** | - | | **2001**<br>**Business debt** | X | | | 840.11 |
| Account No.<br><br>**FedEx**<br>**751 Summa Avenue**<br>**Westbury, NY 11590** | - | | **2002**<br>**Business debt** | X | | | 31.50 |
| Account No.<br><br>**Fedex**<br>**PO Box 6110**<br>**Westerville, OH 43086** | - | | **1999-01**<br>**Business debt** | X | | | 13,325.11 |
| Account No.<br><br>**Financial Pacific Inst.**<br>**PO Box 292220**<br>**Sacramento, CA 95829** | - | | **2002**<br>**Business debt** | X | | | 370.34 |

Sheet no. __**13**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,585.80**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Richard R. Spencer**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Fleet  PO Box 15368  Wilmington, DE 19886 | - | | 2001-02  Business debt | X | | | 8,634.86 |
| Account No.  FNANB  PO Box 42336  Richmond, VA 23242 | - | | 2002  Business debt | X | | | 8,683.95 |
| Account No.  REPRESENTING:  FNANB | | | National Credit Acceptance  1731 Howe Avenue #254  Sacramento, CA 95825 | | | | |
| Account No.  Franklin & Vizzo  2594 Channel Drive  Ventura, CA 93003 | - | | 2002  Business debt | X | | | 700.00 |
| Account No.  Freemont Employers  PO Box 41162  Santa Ana, CA 92799 | - | | 2002  Business debt | X | | | 1,186.00 |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           19,204.81

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re **Richard R. Spencer**, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing: Freemont Employers** | | | | **Freemont Employers 500 North Brand Blvd. Glendale, CA 91203** | | | | |
| Account No. **Gajarian Insurance Associates Harbor Speciality Ins. Co. PO Box 5004 Fresno, CA 93755** | | - | | 2001-02 Business debt | X | | | 1,186.00 |
| Account No. **Garyline Plastics 1340 Viele Avenue Bronx, NY 10474** | | - | | 2002 Business debt | X | | | 72.26 |
| Account No. **American Express accts.** **GC Services 6330 Gulfton Houston, TX 77081** | | - | | 2002 Business debt | X | | | 12,442.61 |
| Account No. **Glid Int'l Inc./Sinoway 1020 Lawson Street City Of Industry, CA 91716** | | - | | 2002 Business debt | | | | 6,709.28 |

Sheet no. __15__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **20,410.15**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re  **Richard R. Spencer**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Great Southern Corp.** <br> **PO Box 18710** <br> **Memphis, TN 38181** | - | | **2002** <br> **Business debt** | | | | 1,269.22 |
| Account No. **Costco account** <br><br> **Household Bank** <br> **PO Box 4680** <br> **Carol Stream, IL 60116** | - | | **2000-02** <br> **Business debt** | X | | | 3,612.39 |
| Account No. <br><br> **IFC Express** <br> **1339 Katella Avenue #231** <br> **Orange, CA 92867** | - | | **2001-02** <br> **Business debt** | X | | | 1,760.00 |
| Account No. <br><br> **Lebro Line** <br> **4044 24th Street, 2nd Floor** <br> **Long Island City, NY 11101** | - | | **2001-02** <br> **Business debt** | | | | 808.42 |
| Account No. **Bic Graphic acct.** <br><br> **Liggett, Davis & Pagnini** <br> **3914 Murphy Canyon Rd. #A223** <br> **San Diego, CA 92123** | - | | **2001** <br> **Business debt** | | | | 2,636.59 |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     10,086.62

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Richard R. Spencer**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Marina Toy Comany**<br>**1020 Cindy Lane #3**<br>**Carpinteria, CA 93013** | - | | **2002**<br>**Business debt** | X | | | 42,000.00 |
| Account No.<br><br>**Marplast, Inc.**<br>**5160 Gabbert Road**<br>**Moorpark, CA 93021** | - | | **1999-01**<br>**Business debt** | X | | | 22,000.00 |
| Account No.<br><br>**MBNA America**<br>**PO Box 15137**<br>**Wilmington, DE 19886** | - | | **2002**<br>**Business debt** | X | | | 97.31 |
| Account No.<br><br>**MBNA America**<br>**PO Box 15102**<br>**Wilmington, DE 19886** | - | | **2000-02**<br>**Business debt** | X | | | 10,817.53 |
| Account No.<br><br>Representing:<br>**MBNA America** | | | **Reese, Montgomery, Weinstein**<br>**251 East Imperial Hwy. #421**<br>**Fullerton, CA 92835** | | | | |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          74,914.84

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Richard R. Spencer**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2000-02**<br>**Business debt**<br><br>MBNA America<br>PO Box 15720<br>Wilmington, DE 19850 | | - | | | | X | | | 1,160.00 |
| Account No. **2002**<br>**Business debt**<br><br>Megapath Networks<br>PO Box 7711<br>San Francisco, CA 94120 | | - | | | | | | | 176.25 |
| Account No. **1999-01**<br>**Line of credit**<br><br>Minn Tex Investment<br>PO Box 30018<br>Hartford, CT 06150 | | - | | | | X | | | 19,753.03 |
| Account No. **2002**<br>**Business debt**<br><br>Modern Glass Co.<br>1000 Industrial Blvd.<br>Aliquippa, PA 15001 | | - | | | | | | | 34.70 |
| Account No. **2002**<br>**Business debt**<br><br>Molenaor, Inc.<br>PO Box 777<br>Willmar, MN 56201 | | - | | | | | | | 680.80 |

Sheet no. __18__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                21,804.78

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Richard R. Spencer**                                                ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IPC&L acct.**<br><br>**Moore Stout**<br>**238 Broad Street**<br>**Kingsport, TN 37660** | - | | **2001**<br>**Business debt** | X | | | 5,349.84 |
| Account No. **Artisan Screen Process acct.**<br><br>**National Auditing Bureau**<br>**PO Box 32407**<br>**Minneapolis, MN 55432** | - | | **2001-02**<br>**Business debt** | X | | | 4,664.20 |
| Account No. **American Express accts.**<br><br>**Nationwide Credit**<br>**PO Box 740640**<br>**Atlanta, GA 30374** | - | | **2001-02**<br>**Business debt** | X | | | 19,861.52 |
| Account No. **Southern California Gas**<br><br>**NCO Financial**<br>**PO Box 41457**<br>**Philadelphia, PA 19134** | - | | **2001-02**<br>**Business debt** | X | | | 26.99 |
| Account No.<br><br>Representing:<br>**NCO Financial** | | | **United Compucredit**<br>**PO Box 30337**<br>**Los Angeles, CA 90030** | | | | |

Sheet no. __**19**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                29,902.55

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Richard R. Spencer**                                    ,    Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**NEXT Card** <br>**PO Box 60610** <br>**Phoenix, AZ 85082** | - | | **2001-02** <br>**Business debt** | | | | 11,410.36 |
| Account No. <br><br>**Nova Merchant Services** <br>**7300 Chapman Hwy.** <br>**Knoxville, TN 37920** | - | | **2001-02** <br>**Business debt** | X | | | 6,200.00 |
| Account No. <br><br>**Office Depot** <br>**PO Box 9020** <br>**Des Moines, IA 50368** | - | | **2002** <br>**Business debt** | | | | 2,055.69 |
| Account No. **Yellow Freight acct.** <br><br>**OSI** <br>**PO Box 6110** <br>**Westerville, OH 43086** | - | | **2001-02** <br>**Business debt** | X | | | 2,617.13 |
| Account No. **American Express acct.** <br><br>**OSI Collection Service** <br>**PO Box 43350** <br>**Phoenix, AZ 85080-3050** | - | | **2001-02** <br>**Business debt** | X | | | 12,669.84 |

Sheet no. __**20**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                34,953.02

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re **Richard R. Spencer**                                          Case No. _____
                                                 ,
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Verizon acct.**<br><br>**OSI Collection Service**<br>**PO Box 933**<br>**Brookfield, WI 53008** | - | | **2002**<br>**Business debt** | X | | | 202.44 |
| Account No.<br><br>**Pacific Bell**<br>**American Agencies**<br>**PO Box 2829**<br>**Torrance, CA 90509** | - | | **2001**<br>**Business debt** | X | | | 111.74 |
| Account No.<br><br>**PBCC**<br>**PO Box 856460**<br>**Louisville, KY 40285** | - | | **2002**<br>**Business debt** | | | | 578.90 |
| Account No.<br><br>**Pitney Bowes**<br>**1313 N. Atlantic, 3rd Floor**<br>**Spokane, WA 99201** | - | | **2002**<br>**Business debt** | X | | | 132.25 |
| Account No.<br><br>**Popov & McCullogh LLP**<br>**4180 La Jolla Village Dr. #450**<br>**La Jolla, CA 92037** | - | | **2000**<br>**Business debt** | | | | 14,898.86 |

Sheet no. __21_ of __31_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,924.19

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Richard R. Spencer**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Principia** <br> **13201 Clayton Road** <br> **Saint Louis, MO 63179** | - | | **1989** <br> **Non-dischargeable student loan** | | | | **7,000.00** |
| Account No. <br><br> **Publishers Clearing House** <br> **PO Box 26301** <br> **Lehigh Valley, PA 18002** | - | | **2002** <br> **Business debt** | | | | **11.97** |
| Account No. <br><br> **Purchase Power** <br> **PO Box 5135** <br> **Shelton, CT 06484** | - | | **2002** <br> **Business debt** | | | | **2,907.39** |
| Account No. <br><br> **R Express** <br> **2640 N. Medford Place** <br> **Fullerton, CA 92635** | - | | **1999** <br> **Business debt** | X | | | **2,735.00** |
| Account No. **Carpinteria Warehouse acct.** <br><br> **Reetz Fox & Bartlett** <br> **116 East Sola Street** <br> **Santa Barbara, CA 93101** | - | | **2001** <br> **Lawsuit/Judgment** | X | | | **33,995.00** |

Sheet no. __**22**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **46,649.36**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Richard R. Spencer**                                    ,   Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Saati Print<br>PO Box 440 Route 100<br>Somers, NY 10589** | - | | **2000<br>Business debt** | X | | | 259.15 |
| Account No.<br><br>**SBC Pacific Bell<br>PO Box 989029<br>Van Nuys, CA 91388** | - | | **1993-02<br>Business debt** | | | | 978.00 |
| Account No.<br><br>**SBC Pacific Bell<br>Van Nuys, CA 91388** | - | | **2002<br>Business debt** | X | | | 129.09 |
| Account No.<br><br>**Seacoast Associates LLC<br>183 Montgomery Avenue<br>Oxnard, CA 93036** | - | | **2001<br>Business debt** | X | | | 6,768.00 |
| Account No.<br><br>**Shell Oil<br>PO Box 790070<br>Houston, TX 77279** | - | | **2001-02<br>Business debt** | | | | 719.57 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     8,853.81

In re   **Richard R. Spencer**                                        ,   Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sooner Distribution**<br>**PO Box 94150**<br>**Simi Valley, CA 93094** | - | | **2001**<br>**Business debt** | X | | | 2,000.00 |
| Account No.<br><br>**Southern California Gas Co.**<br>**PO Box C**<br>**Monterey Park, CA 91756** | - | | **2002**<br>**Business debt** | X | | | 57.09 |
| Account No.<br><br>**Sprint**<br>**PO Box 79255**<br>**City Of Industry, CA 91716** | - | | **2002**<br>**Business debt** | X | | | 854.39 |
| Account No.<br><br>**Standard Registry**<br>**PO Box 91047**<br>**Chicago, IL 60693** | - | | **2001**<br>**Business debt** | X | | | 174.91 |
| Account No.<br><br>**Starline USA**<br>**3036 Alt Blvd.**<br>**Bronx, NY 10472** | - | | **2002**<br>**Business debt** | | | | 695.00 |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,781.39

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

In re  **Richard R. Spencer**                                        ,     Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2001 Business debt | | | | |
| State Fund PO Box 420807 San Francisco, CA 94142 | - | | | X | | | 417.00 |
| Account No. | | | 2002 Business debt | | | | |
| Stouse Inc. PO Box 3 New Century, KS 66031 | - | | | | | | 129.05 |
| Account No. | | | 2001-02 Business debt | | | | |
| Texaco Fleet Management Des Moines, IA 50368 | - | | | X | | | 484.12 |
| Account No. | | | 2002 Business debt | | | | |
| The Hirschhorn Co. PO Box 330 East Longmeadow, MA 01028 | - | | | | | | 2,531.00 |
| Account No. | | | 2002 Business debt | | | | |
| Toppers PO Box 501 Thorofare, NJ 08086 | - | | | | | | 268.17 |

Sheet no. __**25**__ of __**31**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,829.34

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re  **Richard R. Spencer**                                                , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. **Toyota Financial Services** PO Box 2736 Mail Drop TC13 Torrance, CA 90509 | | - | **2002** **Business debt** | | | | 4,074.01 |
| Account No. **Trademark Specialty** 605 W. County Road E. Saint Paul, MN 55126 | | - | **2002** **Business debt** | | | | 558.97 |
| Account No. **Representing:** **Trademark Specialty** | | | **Galligan, Michael** 1730 S. Amphlett Blvd. #215 San Mateo, CA 94402 | | | | |
| Account No. **Representing:** **Trademark Specialty** | | | **Transworld Systems** 8880 Rio San Diego Dr. #102 San Diego, CA 92108 | | | | |
| Account No. **Proway acct.** **Transworld Systems** 8880 Rio San Diego Dr. #102 San Diego, CA 92108 | | - | **2001-02** **Business debt** | X | | | 8,229.62 |

Sheet no. __26__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 12,862.60

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Richard R. Spencer**                                    ,         Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** 2000-02 **Business debt** | | | | | | | | |
| **U.S. Bank** **PO Box 6343** **Fargo, ND 58125** | - | | | | X | | | 2,719.33 |
| **Account No.** 2001 **Business debt** | | | | | | | | |
| **Unishippers** **4747 Morena Blvd. #355** **San Diego, CA 92117** | - | | | | | | | 720.08 |
| **Account No.** 2001-02 **Business debt** | | | | | | | | |
| **Unisource** **2600 S. Commerce Way** **Los Angeles, CA 90040** | - | | | | X | | | 3,998.04 |
| **Account No.** **Representing:** **Unisource** | | **Executive Accounts** **PO Box 15247** **Los Angeles, CA 90015** | | | | | | |
| **Account No.** **Representing:** **Unisource** | | **Wolfe, Keith Norman** **PO Box 1334** **Canyon Country, CA 91386** | | | | | | |

Sheet no. __27_ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **7,437.45**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re   **Richard R. Spencer**                                    ,   Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** | - | | **1999**<br>**Business debt** | | | | 14,918.63 |
| Account No.<br><br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265** | - | | **2000-01**<br>**Business debt** | | X | | 18,994.24 |
| Account No.<br><br>**Representing:**<br>**UPS** | | | **The RecovAR Group**<br>**11821 Parklawn Drive #310**<br>**Rockville, MD 20852** | | | | |
| Account No.<br><br>**US Bank**<br>**PO Box 790428**<br>**Saint Louis, MO 63179** | - | | **2000**<br>**Business debt** | | X | | 2,719.33 |
| Account No. **MPower Communications acct.**<br><br>**Valley Creditors Service**<br>**79687 Country Club Dr. #103**<br>**Indio, CA 92201** | - | | **2000-02**<br>**Business debt** | | | | 498.15 |

Sheet no. __28__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **37,130.35**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer** _____,    Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Kent Lansberg Co. acct.**<br><br>**Vance, Blair & Grady**<br>**16148 Sand Canyon Avenue**<br>**Irvine, CA 92618** | - | | **2001-02**<br>**Business debt** | | X | | 7,491.78 |
| Account No.<br><br>**Verizon Wireless**<br>**PO Box 30001**<br>**Inglewood, CA 90313** | - | | **2002**<br>**Business debt** | | X | | 625.05 |
| Account No.<br><br>**Representing:**<br>**Verizon Wireless** | | | **Solomon & Solomon**<br>**Columbia Circle**<br>**PO Box 15019**<br>**Albany, NY 12212** | | | | |
| Account No.<br><br>**Vons Markets**<br>**Check Department**<br>**10016 Scripps Ranch Blvd.**<br>**San Diego, CA 92131** | - | | **2002**<br>**NSF check** | | X | | 5,011.95 |
| Account No.<br><br>**Wells Fargo Bank**<br>**PO Box 29491**<br>**Phoenix, AZ 85038-9947** | - | | **2002**<br>**Business debt** | | | | 11,256.81 |

Sheet no. __29__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    24,385.59

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Richard R. Spencer**                                                    ,    Case No. _____

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 1997-02 | | | | |
| **Wells Fargo Bank**<br>**P. O. Box 29746**<br>**Phoenix, AZ 85038-9476** | - | | | **Credit card debt** | | X | | 7,426.68 |
| Account No. | | | | Financial Assistance, Inc. | | | | |
| **Representing:**<br>**Wells Fargo Bank** | | | | #10 148th Avenue N.E.<br>Bellevue, WA 98007 | | | | |
| Account No. | | | | 2001-02 | | | | |
| **Wells Fargo Bankcard**<br>**PO Box 90079**<br>**San Jose, CA 95126** | - | | | **Business debt** | | | | 10,347.33 |
| Account No. | | | | 2002 | | | | |
| **Whirley Industries**<br>**PO Box 988**<br>**Warren, PA 16365** | - | | | **Business debt** | | X | | 550.00 |
| Account No. | | | | 2001 | | | | |
| **WPX**<br>**9939 Norwalk Blvd.**<br>**Santa Fe Springs, CA 90670** | - | | | **Business debt** | | X | | 600.00 |

Sheet no. __30__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **18,924.01**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re   **Richard R. Spencer**                                        ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2001-02** **Business debt** | | | | |
| **YAFA** **21306 Gault Street** **Canoga Park, CA 91303** | | - | | | | | **4,500.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **4,500.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **612,171.73** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **Richard R. Spencer**                          ,         Case No. _____

Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   **Richard R. Spencer**        , Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Spencer, Michelle**<br>**12052 Caminito Corriente**<br>**San Diego, CA 92128** | **Bank One**<br>**PO Box 466**<br>**Butler, WI 53007** |
| **Spencer, Michelle**<br>**12052 Caminito Corriente**<br>**San Diego, CA 92128** | **First Franklin**<br>**PO Box 1838**<br>**Pittsburgh, PA 15230** |
| **Spencer, Michelle**<br>**12052 Caminito Corriente**<br>**San Diego, CA 92128** | **S.D. County Tax Collector**<br>**1600 Pacific Highway**<br>**San Diego, CA 92101** |

    __0__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Richard R. Spencer**                                                    ,    Case No. _____

Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | NAMES<br>**Cassidy**<br>**Mattie** | AGE<br>**1.5 years**<br>**15 years** | RELATIONSHIP<br>**daughter**<br>**stepdaughter** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Consultant** | **Personal Coaching/Consultant** |
| Name of Employer | **Self-employed** | **Self-Employed** |
| How long employed | **6 months** | **2 months** |
| Address of Employer | **12052 Caminito Corriente**<br>**San Diego, CA 92150** | **12052 Caminito Corriente**<br>**San Diego, CA** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **2,000.00** | $ **1,800.00** |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| SUBTOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **2,000.00** | $ **1,800.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| d. Other (Specify)_____ . . . . . . . | $ **0.00** | $ **0.00** |
| _____ . . . . . . . | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . . . . . . . | $ **2,000.00** | $ **1,800.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) _____ . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| _____ . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| _____ . . . . . . . . . . . . . | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **2,000.00** | $ **1,800.00** |
| TOTAL COMBINED MONTHLY INCOME      $ **3,800.00** | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **Debtor's needs are not currently being met.  Current consultant job is temporary until 6/03.**

In re    **Richard R. Spencer**                                                    Case No. _____

_____,
                                   Debtor

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . | $ | **3,300.00** |
| Are real estate taxes included?           Yes_____     No_____**X**_____ | | |
| Is property insurance included?           Yes_____     No_____**X**_____ | | |
| Utilities:  Electricity and heating fuel  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **350.00** |
|                Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|                Telephone  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **60.00** |
|                Other_____**Cable**_____ | $ | **100.00** |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **244.00** |
| Food   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **575.00** |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **100.00** |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **60.00** |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **60.00** |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **250.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|                Homeowner's or renter's  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **60.00** |
|                Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|                Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **550.00** |
|                Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
|                Other_____ . . . . . . . | $ | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|                (Specify)_____ . . . . . . . | $ | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|                Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **583.00** |
|                Other_____**Wife's vehicle**_____ . . . . . . . | $ | **200.00** |
|                Other_____ . . . . . . . | $ | **0.00** |
|                Other_____ . . . . . . . | $ | **0.00** |
| Alimony, maintenance, and support paid to others  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement)  . . . . . | $ | **0.00** |
| Other_____**Miscellaneous**_____ . . . . . . . | $ | **75.00** |
| Other_____ . . . . . . . | $ | **0.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . | $ | **6,567.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . | $ | **N/A** |
|                                        (interval) | | |

# United States Bankruptcy Court
## Southern District of California

In re   **Richard R. Spencer**

Debtor(s)

Case No. _____

Chapter   **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **47** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March  4, 2003** _____

Signature   **/s/ Richard R. Spencer** _____

**Richard R. Spencer**

Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

Form 7
(9/00)

# United States Bankruptcy Court
## Southern District of California

In re   **Richard R. Spencer**

Debtor(s)

Case No. _____

Chapter   **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$0.00** | **:Debtor's Self-Employment  Income Year to Date** |
| **$7,500.00** | **:2002** |
| **$60,000.00** | **:2001** |
| **$0.00** | **: Spouse's Employment Income Year to Date** |
| **$10,456.80** | **:2002** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

2

**3. Payments to creditors**

None ☑ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carpinteria Warehouse v. Vessel Manufacturing, Inc. Case No. 01065896** | **civil suit** | **Superior Court of California Santa Barbara** | **Judgment** |
| **Randall Marketing v. Campus Concepts** | **civil lawsuit** | **Superior Court of California** | **Dismissed** |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Carpinteria Warehouse Reetz Fox & Bartlett 116 East Sola Street Santa Barbara, CA 93101** | **7/02** | **$9,000.00** |

**5.  Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Toyota Financial Services PO Box 2736 Mail Drop TC13 Torrance, CA 90509** | **6/02** | **Voluntary repossession of 2001 Toyota Tundra** |
| **Bank of America PO Box 2283 Brea, CA 92822** | **2002** | **1998 Dodge Ram (turned in at end of lease)** |

3

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GMAC**<br>**PO Box 12699**<br>**Glendale, AZ 85318** | **7/02** | **2001 Chevrolet Suburban** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **12052 Caminito Corriente**<br>**San Diego,  A 92128** | **2 incidents flooding, insurance coverage,**<br>**$34,000 damage** | **2000-3/02** |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **DAVID E. BRITTON**<br>**LOCKHART & BRITTON**<br>**7777 Alvarado Road #422**<br>**La Mesa, CA 91941** | **September 2002** | **$1,525.00 (Corporation**<br>**Chapter 7)** |

4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **DAVID E. BRITTON**<br>**LOCKHART & BRITTON**<br>**7777 Alvarado Road #422**<br>**La Mesa, CA 91941** | **September 2002** | **$1,525.00 (personal Chapter 7)** |

### 10.  Other transfers

None ☐

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **Kassmo Products, Inc.** | **3/02** | **molds, forklift, office equipment** |

  **none**

### 11.  Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF<br>ACCOUNT AND AMOUNT OF<br>FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**Scripps Branch**<br>**Phoenix, AZ** | **checking and savings, -0-** | **5/02** |
| **Santa Barbara Bank & Trust** | **checking, -0-** | **6/02** |

### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **Wells Fargo Bank**<br>**P. O. Box 29746**<br>**Phoenix, AZ 85038-9476** | **6/28/02** | **$885/36** |

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

|  | DESCRIPTION AND VALUE OF | |
| NAME AND ADDRESS OF OWNER | PROPERTY | LOCATION OF PROPERTY |

**15.  Prior address of debtor**

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Michelle Spencer**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

6

**18 . Nature, location and name of business**

None
☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Vessel Manufacturing, Inc.** | **33-0750773** | **9683 Tierra Grande San Diego, CA 92126** | **plastics decoration distributor** | **1993-6/02** |
| **Randall Marketing** | **33-0630710** | **505 Maple Avenue Carpinteria, CA 93013** | **promotional products distributor** | **1993-6/02** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Robert Patterson**                                               **1993-present**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED

7

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Spencer, Richard** | **President** | **sole shareholder** |
| **12052 Caminto Corriente** | | |
| **San Diego, CA 92124** | | |

**22 . Former partners, officers, directors and shareholders**

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the
commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **March  4, 2003**                    Signature    **/s/ Richard R. Spencer**

                                                 **Richard R. Spencer**

                                                 Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Southern District of California

In re   **Richard R. Spencer**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,525.00 |
| Prior to the filing of this statement I have received | $ | 1,525.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other contested matters.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March  4, 2003**

**/s/ DAVID E. BRITTON**
**DAVID E. BRITTON**
**Lockhart & Britton**
**7777 Alvarado Road**
**Suite 422**
**La Mesa, CA 91941**
**619-698-6800**

---

Official Form 8
(9/97)

# United States Bankruptcy Court
### Southern District of California

In re **Richard R. Spencer**

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    I intend to do the following with respect to the property of the estate which secures those consumer debts:

      *a.  Property to Be Surrendered.*

**Description of Property**
**-NONE-**

      **Creditor's name**

      *b.  Property to Be Retained*

*[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **1.** | **12052 Caminito Corriente San Diego, CA 92128** | **Bank One** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **2.** | **12052 Caminito Corriente San Diego, CA 92128** | **First Franklin** | **Debtor will retain collateral and continue to make regular payments.** | | |
| **3.** | **2000 Oldsmobile Silhouette (36,000 miles) FMV per wholesale Kelley Blue Book; Property is Insured** | **GMAC** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date  **March  4, 2003**

Signature   **/s/ Richard R. Spencer**

      **Richard R. Spencer**

      Debtor

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.

**DAVID E. BRITTON**
**7777 Alvarado Road**
**Suite 422**
**La Mesa, CA 91941**
**619-698-6800**
**# 75926**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Richard R. Spencer**

BANKRUPTCY NO.

Debtor.

### VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

☑ New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: **165**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.          TOTAL NO. OF CREDITORS:____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of
Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

☑ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that
the filing of a matrix is not required.

Date: **March  4, 2003** _____    **/s/ Richard R. Spencer** _____
                                                         **Richard R. Spencer**
                                                          Signature of Debtor

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

CSD 1008 (Page 2) [08/21/00]

## INSTRUCTIONS

1)    Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)    A creditors matrix with <u>Verification</u> is required whenever the following occurs:

    a)    A new petition is filed.  Diskette required.

    b)    A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

    c)    An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)    The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)    CONVERSIONS:

    a)    When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

    b)    For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)    AMENDMENTS AND BALANCE OF SCHEDULES:

    a)    <u>Scannable matrix format required.</u>

    b)    The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

    c)    Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)    Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

A La Carte Line
5610 W. Bloomingdale
Chicago, IL 60639


A&A Contract Customs Brokers
120 176th Street #101
Surry, BC  V35-95Z


AAA Glass
2800 E. 12th Street
Los Angeles, CA 90023


AAA Propane
621 Maulhardt Avenue
Oxnard, CA 93030


Aakron Rule
PO Box 418
Akron, NY 14001-0418


Academy Collections
10965 Decatur Road
Philadelphia, PA 19154


Advanta Bank
PO Box 8088
Philadelphia, PA 19101


Advertising Specialty Inst.
4800 Street Road
Feasterville Trevose, PA 19053


Aetna U.S. Healthcare
PO Box 21307
Pasadena, CA 91185

Affordable Telephone Systems
2747 Sherwin Avenue #4
Ventura, CA 93003


Airborne Express
PO Box 91001
Seattle, WA 98111


American Business Leasing
111 Presidential Blvd.
Bala Cynwyd, PA 19004


American Credit Systems, Inc.
400 West Lake street #111
Po Box 72849
Roselle, IL 60172


American Express
PO Box 0001
Los Angeles, CA 90096


American Express  Bus. Leasing
900 Lanidex Plaza
Parsippany, NJ 07054


American Express Business Fin.
PO Box 29997
New York, NY 10087


American Express Business Fin.
900 Lanidex Plaza
Parsippany, NJ 07054


American Express Collections
300 S. Riverside Plaza
Chicago, IL 60606

American Express Optima
Suite 0002
Chicago, IL 60679-0001


Amerigraph LLC
4030 Sorrento Valley Blvd.
San Diego, CA 92121


AOL
PO Box 29593
New York, NY 10107


Arrowhead Water
PO Box 52237
Phoenix, AZ 85072


ASI
4800 Street Road
Feasterville Trevose, PA 19053


Associates Preferred Value
PO Box 6533
The Lakes, NV 88901


AT&T Universal
PO Box 6908
The Lakes, NV 88901


Awards, Inc.
PO Box 2200
Rogers, AR 72757


Bank of America
PO Box 53132
Phoenix, AZ 85072

Bank of America
PO Box 2283
Brea, CA 92822


Bank of America Loans
Loan Adjustment Dept 4327
45 South Hudson
Pasadena, CA 91109


Bank One
PO Box 9001557
Louisville, KY 40290


Bank One
PO Box 466
Butler, WI 53007


Beinke Wolff
9683 Tierra Grande #101
San Diego, CA 92126


Benner China
5329 Powers Avenue
Jacksonville, FL 32207


Benz Engineering
PO Box 729
Montebello, CA 90640


Best Yet Express
1718 West 139th Street
Gardena, CA 90249


Betras Plastics
PO Box 65370
Charlotte, NC 28265

Bullet Line
PO Box 69-4487
Miami, FL 33269


Caldwell Trust
c/o Reetz Fox & Bartlett
116 East Sola Street
Santa Barbara, CA 93101


Capital One
PO Box 85617
Richmond, VA 23276


Chase National Bank
300 South Grand Avenue
Los Angeles, CA 90071


Cingular Wireless
PO Box 10401
Van Nuys, CA 91410


Citibank
PO Box 6401
The Lakes, NV 89163


Citibank
PO Box 15109
Wilmington, DE 19850


Citibank
PO Box 6417
The Lakes, NV 88901


Citibank
PO Box 45165
Jacksonville, FL 32232

City of San Diego
PO Box 121536
San Diego, CA 92112


CMCS
66 Boone Hill Drive
Saint Peters, MO 63376


CMI
PO Box 456
Upper Darby, PA 19082


Credit Bureau of San Luis
Obisbo & Santa Barbara County
1666 Ramona Avenue
Grover Beach, CA 93483


Credit Management
PO Box 410
Westbrook, CT 06498


CST Company, Inc.
PO Box 33127
Louisville, KY 40232


Davis & Goldmark
PO Box 3690
Mission Viejo, CA 92690


Diamond Poly
3115 East 11th Street
Los Angeles, CA 90023


Diners Club International
PO Box 6003
The Lakes, NV 88901

Direct Merchant Bank
PO Box 21550
Tulsa, OK 74121


Dri-Mark
15 Harbor Park Dr.
Port Washington, NY 11050


Dun & Bradstreet
PO Box 318034
Independence, OH 44131


E.J. Harrison
PO Box 4009
Ventura, CA 93007


Eco Imaging
4865 Convoy Street
San Diego, CA 92111


Elite Management
11717 Bernardo Plaza Ct. #110
San Diego, CA 92128


Elite Management
38760 Sky Canyon Dr. #C
Murrieta, CA 92563


Employment Development Dept.
PO Box 826846
Sacramento, CA 94246-0001


Encore Receivable Management
PO Box 3330
Olathe, KS 66063

Evans Manufacturing
PO Box 5669
Garden Grove, CA 92846


Executive Accounts
PO Box 15247
Los Angeles, CA 90015


Express A Button
Route 1 Box 108A-1
Dakota, MN 55925


FAB
5105 E. Los Angeles Avenue #20
Simi Valley, CA 93063


FedEx
751 Summa Avenue
Westbury, NY 11590


Fedex
PO Box 6110
Westerville, OH 43086


Financial Assistance, Inc.
#10 148th Avenue N.E.
Bellevue, WA 98007


Financial Pacific Inst.
PO Box 292220
Sacramento, CA 95829


First Franklin
PO Box 1838
Pittsburgh, PA 15230

Fleet
PO Box 15368
Wilmington, DE 19886


FNANB
PO Box 42336
Richmond, VA 23242


Franklin & Vizzo
2594 Channel Drive
Ventura, CA 93003


Freemont Employers
PO Box 41162
Santa Ana, CA 92799


Freemont Employers
500 North Brand Blvd.
Glendale, CA 91203


Gajarian Insurance Associates
Harbor Speciality Ins. Co.
PO Box 5004
Fresno, CA 93755


Galligan, Michael
1730 S. Amphlett Blvd. #215
San Mateo, CA 94402


Garyline Plastics
1340 Viele Avenue
Bronx, NY 10474


GC Services
6330 Gulfton
Houston, TX 77081

Glid Int'l Inc./Sinoway
1020 Lawson Street
City Of Industry, CA 91716


GMAC
PO Box 12699
Glendale, AZ 85318


Great Southern Corp.
PO Box 18710
Memphis, TN 38181


Household Bank
PO Box 4680
Carol Stream, IL 60116


IFC Express
1339 Katella Avenue #231
Orange, CA 92867


Internal Revenue Service
880 Front Street Attn: SPB IU2
San Diego, CA 92101-8869


IRS
Insolvency Unit
PO Box C-13
Laguna Niguel, CA 92677


Lebro Line
4044 24th Street, 2nd Floor
Long Island City, NY 11101


Liggett, Davis & Pagnini
3914 Murphy Canyon Rd. #A223
San Diego, CA 92123

Marina Toy Comany
1020 Cindy Lane #3
Carpinteria, CA 93013


Marplast, Inc.
5160 Gabbert Road
Moorpark, CA 93021


MBNA America
PO Box 15137
Wilmington, DE 19886


MBNA America
PO Box 15102
Wilmington, DE 19886


MBNA America
PO Box 15720
Wilmington, DE 19850


Megapath Networks
PO Box 7711
San Francisco, CA 94120


Minn Tex Investment
PO Box 30018
Hartford, CT 06150


Modern Glass Co.
1000 Industrial Blvd.
Aliquippa, PA 15001


Molenaor, Inc.
PO Box 777
Willmar, MN 56201

Moore Stout
238 Broad Street
Kingsport, TN 37660


National Auditing Bureau
PO Box 32407
Minneapolis, MN 55432


National Credit Acceptance
1731 Howe Avenue #254
Sacramento, CA 95825


National Financial System
PO Box 9013
Syosset, NY 11791


Nationwide Credit
PO Box 740640
Atlanta, GA 30374


NCO Financial
PO Box 41457
Philadelphia, PA 19134


NCO Financial
PO Box 8180
Philadelphia, PA 19101


NEXT Card
PO Box 60610
Phoenix, AZ 85082


Nova Merchant Services
7300 Chapman Hwy.
Knoxville, TN 37920

Office Depot
PO Box 9020
Des Moines, IA 50368


OSI
PO Box 6110
Westerville, OH 43086


OSI Collection Service
PO Box 43350
Phoenix, AZ 85080-3050


OSI Collection Service
PO Box 933
Brookfield, WI 53008


Pacific Bell
American Agencies
PO Box 2829
Torrance, CA 90509


PBCC
PO Box 856460
Louisville, KY 40285


Pitney Bowes
1313 N. Atlantic, 3rd Floor
Spokane, WA 99201


Popov & McCullogh LLP
4180 La Jolla Village Dr. #450
La Jolla, CA 92037


Principia
13201 Clayton Road
Saint Louis, MO 63179

Publishers Clearing House
PO Box 26301
Lehigh Valley, PA 18002


Purchase Power
PO Box 5135
Shelton, CT 06484


R Express
2640 N. Medford Place
Fullerton, CA 92635


Reese, Montgomery, Weinstein
251 East Imperial Hwy. #421
Fullerton, CA 92835


Reetz Fox & Bartlett
116 East Sola Street
Santa Barbara, CA 93101


S.D. County Tax Collector
1600 Pacific Highway
San Diego, CA 92101


Saati Print
PO Box 440 Route 100
Somers, NY 10589


SBC Pacific Bell
PO Box 989029
Van Nuys, CA 91388


SBC Pacific Bell
Van Nuys, CA 91388

Seacoast Associates LLC
183 Montgomery Avenue
Oxnard, CA 93036


Shell Oil
PO Box 790070
Houston, TX 77279


Solomon & Solomon
Columbia Circle
PO Box 15019
Albany, NY 12212


Sooner Distribution
PO Box 94150
Simi Valley, CA 93094


Southern California Gas Co.
PO Box C
Monterey Park, CA 91756


Spencer, Michelle
12052 Caminito Corriente
San Diego, CA 92128


Sprint
PO Box 79255
City Of Industry, CA 91716


Standard Registry
PO Box 91047
Chicago, IL 60693


Starline USA
3036 Alt Blvd.
Bronx, NY 10472

State Fund
PO Box 420807
San Francisco, CA 94142


Stouse Inc.
PO Box 3
New Century, KS 66031


Texaco
Fleet Management
Des Moines, IA 50368


The Bureaus, Inc.
35353 Eagle Way
Chicago, IL 60678


The Hirschhorn Co.
PO Box 330
East Longmeadow, MA 01028


The RecovAR Group
11821 Parklawn Drive #310
Rockville, MD 20852


Toppers
PO Box 501
Thorofare, NJ 08086


Toyota Financial Services
PO Box 2736
Mail Drop TC13
Torrance, CA 90509


Trademark Specialty
605 W. County Road E.
Saint Paul, MN 55126

Transworld Systems
8880 Rio San Diego Dr. #102
San Diego, CA 92108


Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 683
Washington, DC 20044


U.S. Attorney
940 Front Street Rm 5n19
San Diego, CA 92189


U.S. Bank
PO Box 6343
Fargo, ND 58125


Unishippers
4747 Morena Blvd. #355
San Diego, CA 92117


Unisource
2600 S. Commerce Way
Los Angeles, CA 90040


United Compucredit
PO Box 30337
Los Angeles, CA 90030


UPS
PO Box 650580
Dallas, TX 75265


US Bank
PO Box 790428
Saint Louis, MO 63179

Valley Creditors Service
79687 Country Club Dr. #103
Indio, CA 92201


Vance, Blair & Grady
16148 Sand Canyon Avenue
Irvine, CA 92618


Verizon Wireless
PO Box 30001
Inglewood, CA 90313


Vons Markets
Check Department
10016 Scripps Ranch Blvd.
San Diego, CA 92131


Wells Fargo Bank
PO Box 29491
Phoenix, AZ 85038-9947


Wells Fargo Bank
P. O. Box 29746
Phoenix, AZ 85038-9476


Wells Fargo Bankcard
PO Box 90079
San Jose, CA 95126


Wells Fargo Leasing
PO Box 6167
Carol Stream, IL 60197


Whirley Industries
PO Box 988
Warren, PA 16365

Wolfe, Keith Norman
PO Box 1334
Canyon Country, CA 91386


WPX
9939 Norwalk Blvd.
Santa Fe Springs, CA 90670


YAFA
21306 Gault Street
Canoga Park, CA 91303